JUNE 23, 1971

No. 706. UNITED STATES *v.* VARIOUS ARTICLES OF "OBSCENE" MERCHANDISE (CHERRY, CLAIMANT). Appeal from D. C. S. D. N. Y. dismissed pursuant to Rule 60 of the Rules of this Court. [Probable jurisdiction noted, 402 U. S. 971.]

JUNE 24, 1971

No. 1528. SWEETHEART PLASTICS, INC., ET AL. *v.* ILLINOIS TOOL WORKS, INC. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.